**Order entered October 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00682-CV

### SUSAN ANN FISHER, Appellant

### V.

### MEDICAL CENTER OF PLANO, ET AL., Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01240-2016**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Before the Court is appellant's September 30, 2016 "Motion for New Trial and Requests to File a Brief and Amend Order to Accept Clerks' Records from Supplemental Clerks' Records and Response to Appellees' Responses to Appellants' Requests." We **DENY** the motion. On the Court's own motion, we **ORDER** appellant to provide, by **OCTOBER 17, 2016**, written verification that she has paid the fee for the clerk's record. We caution appellant that failure to provide the requested written verification by October 17, 2016 will result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 37.3(b).

/s/    ELIZABETH LANG-MIERS
        JUSTICE